IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL-DELEBANY,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-cv-2477 (RMU)<br>)<br>)   **NOTICE OF APPEARANCE**<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner AHMED AL-DELEBANY in this matter. Service upon counsel may be made to:

    Gitanjali S. Gutierrez
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6427
    Fax: (212) 614-6499

Dated: December 29, 2005

    Respectfully submitted,

    Counsel for Petitioners:

      /s/ _____
    Gitanjali S. Gutierrez
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6427
    Fax: (212) 614-6499