# EXHIBIT C



**United States Court of Appeals**

FOR THE DISTRICT

## No. 07-1127

Post-it® Fax Note    7671

To Mr. Hood    Date 7/16    From M.A. McThais

Co./Dept.    Co.

Phone #    Phone # 716-7290

Fax # 202-514-8151    Fax #

**Filed On:**

Mustafa Ahmed Hamlily and Mustafa Ait Idir, as Next
Friend of Hamlily,
          Petitioners

     v.

Robert M. Gates, Sec. of Defense, et al.,
          Respondents

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

**JUL 1 6 2007**

CLERK

     **BEFORE:**    Randolph, Rogers, and Garland, Circuit Judges

## O R D E R

     Upon consideration of the amended emergency motion for an order requiring
respondents to provide 30-days' advance notice of any intended removal of petitioner,
and the opposition thereto, it is

     **ORDERED** that the motion be denied.  This court lacks jurisdiction to grant the
requested relief.  See Khalifh v. Gates, No. 07-1215 (D.C. Cir. June 22, 2007) (citing §
7 of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006);
§ 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat.
2680 (2005)); Rahman v. Gates, No. 07-1204 (D.C. Cir. June 19, 2007) (same).

**Per Curiam**

ARR/ek