IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
**IN RE:** :
:
**GUANTÁNAMO BAY** : Misc. No. 08-442 (TFH)
**DETAINEE LITIGATION** :
:
_____ x
:
AHMED AL DELEBANY, :
:
            Petitioner, :
:
        v. : No. 05-CV-2477 (RMU)
:
GEORGE W. BUSH, *et al.*, :
:
           Respondents. :
:
_____ x

**STATUS REPORT**

    Petitioners do not object to dismissal of this petition without prejudice at this time.

Dated:    New York, New York
            July 18, 2008

                                    Respectfully submitted,

                                     _____/s/_____
                                     Shayana D. Kadidal (D.C. Bar No. 454248)
                                     CENTER FOR CONSTITUTIONAL RIGHTS
                                     666 Broadway, 7th Floor
                                     New York, New York 10012
                                     Tel:  (212) 614-6438
                                     Fax:  (212) 614-6499

                                     *Counsel for Petitioners*