UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL DELEBANY, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No.: 05-2477 (RMU) |
| : | Misc. No.: 08-442 (TFH) |
| GEORGE W. BUSH *et al.*, : | |
| : | |
| Respondents. : | |

## JUDGMENT ORDER

### DISMISSING WITHOUT PREJUDICE THE PETITIONER'S CLAIMS

On July 18, 2008, the respondents filed a status report recommending dismissal of the above-captioned petition because the respondents have not identified the petitioner as a current or former Guantanamo Bay detainee. The petitioner does not object to dismissal of the petition without prejudice.

For these reasons, it is this 23rd day of July, 2008, hereby

**ORDERED** that the petition is **DISMISSED** without prejudice.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge